1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Edrick L. Reynolds

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 EDRICK L. REYNOLDS,            ) Case No.: 2:09-cv-06872-JPR
                                  )
12         Plaintiff,             ) JUDGMENT
                                  )
13    vs.                         )
                                  )
14 CAROLYN W. COLVIN, Acting      )
   Commissioner of Social Security,)
15                                )
           Defendant.             )
16                                )
                                  )
17

18      Judgment is hereby in favor of plaintiff and against defendant for

19 Supplemental Security Income benefits based on disability.

20      IT IS SO ADJUDGED.

21
   DATE:   September 29, 2015      /s/ Jean Rosenbluth
22                                 _____
                                   THE HONORABLE JEAN P. ROSENBLUTH
23                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | DATE: September 22, 2015         Respectfully submitted,

2 |                                   LAW OFFICES OF LAWRENCE D. ROHLFING

3 |                                          /s/ *Lawrence D. Rohlfing*

4 |                              BY: _____
                                    Lawrence D. Rohlfing
5 |                                   Attorney for plaintiff EDRICK L. REYNOLDS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26